PS 8
(Rev. 12/04)

# UNITED STATES DISTRICT COURT

for

Michigan-Eastern

U.S.A. vs. Paul Zyburski

Docket No.

[0645 2:18-30299M]-[001]

### Petition for Action on Conditions of Pretrial Release

COMES NOW Demetrius D Hardy, pretrial services/probation officer, presenting an official report upon the conduct of defendant Paul Zyburski,

who was placed under pretrial release supervision by the Honorable David R Grand, sitting in the court at Eastern District of Michigan on the 26 date of June, 2018 under the following conditions:

1. Report to Pretrial Services as directed.
2. Surrender passport to Pretrial Services by June 29, 2018 no later than 5PM.
3. Do not apply or obtain another passport or any other international travel documents.
4. Travel is restricted to the continental United States.
5. Continue psychiatric and/or medical treatment.
6. Surrender enhanced driver's license to Pretrial Services no later than July 2, 2018.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

During the bond interview, the defendant admitted to a history of marijuana use and daily alcoholic consumption. The defendant also admitted to taking psychotropic medication with wine.

PRAYING THAT THE COURT WILL AMEND THE DEFENDANT'S BOND TO INCLUDE THE FOLLOWING SPECIAL CONDITIONS:
1) Refrain from any alcohol use
2) Refrain from possession or use of any illegal controlled substances
3) Submit to drug testing as directed
4) Participate in substance abuse treatment as directed.

FILED
AUG 0 2 2018
CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

ORDER OF COURT

Considered and ordered this 2nd day of August, 2018 and ordered filed and made a part of the records in the above case.

Honorable David R Grand
U.S. District Judge/Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 07/30/2018

U.S. Pretrial Services/Probation Officer

Place  Theodore Levin United States Courthouse
231 West Lafayette Boulevard, Suite 342
Detroit, MI 48226